Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Virginia

FILED

2026 FEB -4 P 1:18

### Division

Nahum Samuel Tetteh

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Michael Rusnak
Stohlman Automotive

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 1:26-cv-336-MSN-LRV
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nahum Samuel Tetteh |
| Street Address | 144 Pasture Side Way, #J |
| City and County | Rockville, Montgomery County |
| State and Zip Code | MD, 20850 |
| Telephone Number | (301) 401-2275 |
| E-mail Address | samuel.tetteh@mail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michael Rusnak |
| Job or Title *(if known)* | General Manager, Stohlman Automotive Family |
| Street Address | 8435 Leesburg Pike |
| City and County | Vienna, Fairfax |
| State and Zip Code | VA 22182 |
| Telephone Number | (703) 893-2990 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Stohlman Automotive Family |
| Job or Title *(if known)* | Stohlman Automotive Family |
| Street Address | 8435 Leesburg Pike |
| City and County | Vienna, Fairfax |
| State and Zip Code | VA 22182 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number

E-mail Address *(if known)*

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Stohlman Automotive |
| Street Address | 8435 Leesburg Pike |
| City and County | Vienna, Fairfax |
| State and Zip Code | VA 22182 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☒ Other acts *(specify)*: Deprivation, Sabotage, Taunts, Threats, Stalking/Monitoring/Harassment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

C.    I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☒ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

General Manager, Michael Rusnak directed, authorized and micromanaged the following:
1. Deprivation of resources including desk phone (described in EEOC Complaint/Charge)
2. Denied me resources such as Purger List to purge documents
3. Deprivation of appropriate heating including shutting off electricity to my desk area to deny me heating from the small desktop heater it provided me to use in the Large File Room (described in EEOC Complaint/Charge and per Exhibit C)
4. Denial of promised appraisal and/or pay increase after 90-days despite exceeding all metrics amidst daily mistreatment and work-sabotage and  (described in EEOC Complaint/Charge)
5. Monitoring for purposes of harassment and infliction of daily discomfort and psychological torment (described in EEOC Complaint/Charge)
6. Taunts against me (described in my EEOC Complaint/Charge)
7. Sabotage of my work (described in my EEOC Complaint/Charge)
8. Physical threats to my personhood (described in my EEOC Complaint/Charge)
9. Coordinated fecal vandalism to nauseate, terrorize and induce anxiety in me, causing me to injuriously defer using rest room as long as I was physically able to (described in EEOC Complaint/Charge)
10. Maliciously designated me Ineligible for Rehire (Exhibit K) despite not breaking company policy/rule, not committing misconduct, not committing tardiness/absenteeism, not committing insurbodination, not perfroming poorly and in spite of my executing reliably, tactfully and with precision and distinction including creating the company's first Process Manual (described in EEOC Complaint/Charge per Exhibit M)
11. After termination, refused to furnish me proper 2024 W2 upon good faith request. As of today, 02/04/2026, I still do not have a proper 2024 W2 for my records as Defendant has not issued me one) despite good faith effort including contacting its contracted third-party Payroll Administrator, Netchex (described in EEOC Complaint/Charge per Exhibits N & O)

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    12/14/2025    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☒      less than 60 days have elapsed.

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

BACK PAY/FRONT PAY - for lost wages: $41,135 (plus accrued wages up to Date of Adjudication)
COMPENSATORY - for psychological harm, emotional pain and physical suffering during/after employment: $500,000
PUNITIVE - for malicious intent to harm and torment as I performed tactfully, dutifully, diligently and with peerless distinction and for willfully, fraudulently and unethically applying For-Cause Inelligble for Rehire Designation to further a) inflict additional psychological pain, harm and suffering b) cast aspersions and c) compound and exacerbate full year of relentless employment maltreatment it subjected me to: $500,000

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    02/04/2026

Signature of Plaintiff

Printed Name of Plaintiff      Nahum Samuel Tetteh

**B.**     **For Attorneys**

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____